AO 93 (Rev. 5/85) Search Warrant

NOT FOR PUBLIC VIEW

# United States District Court

FILED

Southern DISTRICT OF California

2008 JUL 30 AM 10:25

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Delivery Confirmation Parcel # 0307-0020-0004-6545-1632 addressed to T. Mclean, 30 Hungerford St, Hartford, CT 06106. It lists the return information of Kathleen, Hansen, 7200 Saranac St., La Mesa, CA 91941. | SEARCH WARRANT<br><br>CASE NUMBER: '08 MJ 2303 |
|---|---|

TO: Ana L. Flores, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ana L. Flores who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Priority Delivery Confirmation Parcel # 0307-0020-0004-6545-1632 addressed to T. Mclean, 30 Hungerford St, Hartford, CT 06106. It lists the return information of Kathleen, Hansen, 7200 Saranac St., La Mesa, CA 91941 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

JAN M. ADLER
U.S. Judge or Magistrate

as required by law.

7/28/08 @ 1:38 p.m. at San Diego, CA
Date and Time Issued City and State

JAN M. ADLER U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-28-08 | 7-28-08 4:15pm | USPS |

INVENTORY MADE IN THE PRESENCE OF

US Postal Inspectors A Flores and P Garn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Priority Delivery Confirmation #0307-0020-0004-6545-1632. White shipping box had a plastic sheet glued on the inside flaps and inside the box walls. The shipping box contained a bedding material which was covering a green plastic wrapped bundle which contained a green leafy substance which field tested positive for marijuana. The gross weight of the package was approximately 7,813.8 grams

Flores 7-28-08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

U.S. Judge    Date 7/30/08